[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No.  13-12108
Non-Argument Calendar
_____

D.C. Docket No. 1:12-cr-00153-ODE-RGV-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARIA YOBAL PEREZ,
a.k.a. Maria Echeverria,
a.k.a. Jenny,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(August 19, 2014)

Before PRYOR, HILL and FAY, Circuit Judges.

PER CURIAM:

Elizabeth A. Brandenburg, retained counsel for Maria Yobal Perez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Perez's conviction and sentence are **AFFIRMED**.